UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
JAN 1 8 2011
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

WAYNE NEVILLE MORRIS,  )
)
Plaintiff,  )
)
v.  ) Civil Action No. 09-2034 (RJL)
)
FEDERAL BUREAU OF PRISONS, *et al.*,  )
)
Defendants.  )

## MEMORANDUM OPINION
January 14, 2011

Defendants filed a motion to dismiss on August 17, 2010. In its August 23, 2010 Order, the Court advised plaintiff, among other things, of his obligation to file an opposition or other response to the motion. Further, that Order expressly warned plaintiff that, if he failed to file his opposition by September 24, 2010, the Court would treat the motion as conceded. On plaintiff's motions, the Court twice has extended the deadline for his opposition, most recently to December 23, 2010. To date, plaintiff neither has filed his opposition nor has requested more time to do so. Accordingly, the defendants' motion will be treated as conceded and this action will be dismissed.

An Order is issued separately.

RICHARD J. LEON
United States District Judge