UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WAYNE NEVILLE MORRIS, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 09-2034 (RJL) |
| FEDERAL BUREAU OF PRISONS, *et al.*, | : |
| Defendants. | : |

## MEMORANDUM OPINION

Plaintiff is a federal prisoner who has filed this action to challenge the Federal Bureau of Prisons' policies regarding religious diets. Defendants filed a motion to dismiss [Dkt. #21] on August 17, 2010, and pursuant to the Court's August 23, 2010 Order, plaintiff's opposition was due not later than September 24, 2010. The Court twice extended the opposition deadline at plaintiff's request. On January 18, 2011, the Court granted defendants' motion as conceded because plaintiff had not filed an opposition timely. On plaintiff's motion, the Court vacated the dismissal order and extended the opposition deadline most recently to June15, 2011. To date, plaintiff neither has filed his opposition or requested more time to do so. Accordingly, defendants' motion will be granted as conceded.

An Order accompanies this Memorandum Opinion.

RICHARD J. LEON
United States District Judge

DATE: 6/24/11